USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
JEFFREY LOPEZ,
ALEJANDRA IRIZARRY,

                              Plaintiffs,
*on behalf of themselves and all others similarly situated*,

                    -against-

MANHATTAN HEMATOLOGY ONCOLOGY
ASSOCIATES, P.C.,

                                Defendant.
-------------------------------------------------X

No. 21 Civ. 7558 (AT)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT**

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all causes of action in the Complaint against Defendant without prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendant has filed neither an Answer to the Complaint nor a Motion for summary judgment. Dismissal is therefore appropriate.

Dated: Brooklyn, New York

January 31, 2022

 

The Clerk of Court is directed to terminate all pending motions, vacate all conferences, and close the case.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

_____
**ANALISA TORRES**
United States District Judge